DAVID B. LEE, Appellant, *v.* JOSEPH GARGIULO et al.,
Respondents.

(Argued June 12, 1880; decided June 15, 1880.)

DECIDED upon the facts in the case.

*Albert Stickney* for appellant.

*Edmund Wetmore* for respondents.

DANFORTH, J., reads for affirmance.
All concur.
Judgment affirmed.

---

PETER SEERY, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondents.

THIS case presented the same questions and was argued and decided with *Long* v. *The Mayor, ante,* p. 425.